Benjamin Gratz et al., Doing Business under the Firm Name of Warren, Jones & Gratz, Appellants and Respondents, *v.* M. M. Graves Company, Inc., Respondent and Appellant.

(Argued December 6, 1928; decided December 31, 1928.)

*Thomas F. Magner* for plaintiffs, appellants and respondents.

*Moses H. Grossman* and *Walter R. Kuhn* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: Cardozo, Ch. J., Pound, Crane, Andrews, Lehman, Kellogg and O'Brien, JJ.